## S03A0451. STATE OF GEORGIA v. COLACK.
### (578 SE2d 893)

SEARS, Presiding Justice.

Because the habeas court improperly granted relief to Colack before the habeas petition was served on the State and without the benefit of a hearing on the merits of the petition, the habeas court's judgment is reversed and the case is remanded to the habeas court for a full hearing.[*]

*Judgment reversed. All the Justices concur.*

DECIDED MARCH 27, 2003.

*Daniel J. Porter, District Attorney, Elizabeth L. Jaeger, Thomas N. Davis, Jr., Assistant District Attorneys*, for appellant.
*Henderson & Lipscomb, David S. Lipscomb*, for appellee.

---

[*] See *Gaither v. Gibby*, 267 Ga. 96, 97 (475 SE2d 603) (1996).